**COURT OF APPEAL, THIRD CIRCUIT**
**P.O. Box 16577**
**Lake Charles LA 70616**
**(337) 433-9403**

## NOT DESIGNATED FOR PUBLICATION

William Anthony Lewis
Allen Corr Ctr  - Jupiter B1 DOC No. 947
3751 Lauderdale Woodyard Rd.
Kinder LA 70648


**REHEARING ACTION: January 26, 2011**


**Docket Number: 10   00724-KH**

**STATE OF LOUISIANA**
**VERSUS**
**WILLIAM ANTHONY LEWIS**

**Writ Application from Vernon Parish Case No. 57546**


**BEFORE JUDGES:**

> **Hon. John D. Saunders**
> **Hon. J. David Painter**
> **Hon. Phyllis M. Keaty**


As counsel of record in the captioned case, you are hereby notified that the application

for rehearing filed by **William Anthony Lewis** has this day been

> **DENIED.**


cc: Hon. Asa Allen Skinner, Counsel for  the Respondent